IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| EARL M. SMITH, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL NO. 09-cv-326-MJR |
| | ) | |
| DR. FEINERMAN et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

**REAGAN, District Judge:**

This matter is before the Court *sua sponte*. On June 2, 2009, the Court denied Plaintiff's motion to proceed *in forma pauperis* after finding that he had sufficient funds from which to pay the full filing fee for this action. *See* (Doc. 11). Specifically, the Court took note of Plaintiff's statement that he had a "couple of thousand" dollars in a credit union account which he was using for his living expenses while confined in prison. Plaintiff was given 15 days within which to pay the full filing fee. More than 15 days have passed and the Court still has not received the full filing fee.[1] Accordingly, Plaintiff's complaint is **DISMISSED** with prejudice for failing to

---

[1] Plaintiff states that he requested that $350 be taken from his prison account statement (which has a balance of approximately $655), but the Court has not received the money. *See* (Doc. 15). It appears that Plaintiff is able to withdraw money from his credit union account and have it deposited in his prison account. *Id*. Where, as here, Plaintiff has significant sums of money both in his prison account and in a non-prison account (over which he exercises control), Plaintiff bears the risk that prison officials might not process his request in time to comply with the Court's order.

comply with the Court's prior order.  Fed. R. Civ. P. 41(b).  All pending motions are **DENIED** as moot.

**IT IS SO ORDERED**.

**DATED this 22nd day of June, 2009.**

**s/ Michael J. Reagan**
**MICHAEL J. REAGAN**
**United States District Judge**
