IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| EARL M. SMITH, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL NO. 09-cv-326-MJR |
| ) | |
| DR. FEINERMAN et al., ) | |
| ) | |
| Defendants. ) | |

# JUDGMENT IN A CIVIL CASE

This action came before the Court, District Judge Michael J. Reagan, and the following decision was reached:

**IT IS ORDERED** that Plaintiff Smith shall recover nothing, and the action be **DISMISSED, without prejudice**.

**DATED**: 10/20/2009

NANCY J. ROSENSTENGEL, CLERK

By: s/ Annie McGraw
Deputy Clerk

APPROVED:   s/ Michael J. Reagan
Michael J. Reagan
United States District Judge